EXHIBIT A                    **Geoffrey Polk <geoff@presidentialtitlegroup.com>**

---

# Title Producer License
7 messages

---

**Geoffrey Polk** <geoff@presidentialtitlegroup.com>                    Thu, Aug 29, 2024 at 5:07 AM
To: insurancelicensing@alaska.gov

Hi

I'd like to obtain my Individual Producer-Title license.  Can you please provide the application and process?

I attempted to apply online using NIPR and it did not bring up an applicable license in my option set.

My NPN number is 16258575 and my home state is Florida (license #G098349).

Thanks!
Geoff

_____

Geoffrey Polk, President
Presidential Title
Ph:  312-929-3861
Mailing Address:  7627 Lake St. Ste 206 A34, River Forest, IL  60305
Email:  geoff@presidentialtitlegroup.com
Website:  www.presidentialtitlegroup.com



**NOTE:  TO CONFIRM WIRING INSTRUCTIONS, CALL FIRST AMERICAN TRUST, FSB DIRECTLY AT 877-600-9473
WE REQUIRE ALL FUNDS TO BE WIRED IN CONNECTION WITH ANY CLOSING; CHECKS WILL NOT BE
ACCEPTED**
_____

---

**CED Insurance Licensing Email (CED sponsored)** <insurancelicensing@alaska.gov>          Thu, Aug 29, 2024 at 5:58 PM
To: Geoffrey Polk <geoff@presidentialtitlegroup.com>

Hello,

In Alaska, only a resident can transact Title insurance. You are ineligible.

Thank you,

---



*Kayla Erickson*

Program Coordinator 2

Licensing Supervisor

Division of Insurance- Licensing



kayla.erickson@alaska.gov

insurance.licensing@alaska.gov

Office: 907-465-2545 | Fax: 907-465-2816

www.commerce.alaska.gov



*This email and any files and/or attachments transmitted with it are property of The State of Alaska, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.*

---

**From:** Geoffrey Polk <geoff@presidentialtitlegroup.com>
**Sent:** Thursday, August 29, 2024 2:08 AM
**To:** CED Insurance Licensing Email (CED sponsored) <insurancelicensing@alaska.gov>
**Subject:** Title Producer License


You don't often get email from geoff@presidentialtitlegroup.com. Learn why this is important


**CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi


I'd like to obtain my Individual Producer-Title license. Can you please provide the application and process?


I attempted to apply online using NIPR and it did not bring up an applicable license in my option set.


My NPN number is 16258575 and my home state is Florida (license #G098349).

Thanks!

Geoff

———————————————————

Geoffrey Polk, President

Presidential Title

Ph:  312-929-3861

Mailing Address:  7627 Lake St. Ste 206 A34, River Forest, IL  60305

Email:  geoff@presidentialtitlegroup.com

Website:  www.presidentialtitlegroup.com



[Quoted text hidden]

---

**Geoffrey Polk** <geoff@presidentialtitlegroup.com>                   Thu, Aug 29, 2024 at 6:03 PM
To: "CED Insurance Licensing Email (CED sponsored)" <insurancelicensing@alaska.gov>

Hi

Please advise if the department would like to reconsider in light of the attached.  I'd prefer to avoid an unnecessary lawsuit if possible. Thank you,

Geoff

On Thu, Aug 29, 2024, 5:58 PM CED Insurance Licensing Email (CED sponsored) <insurancelicensing@alaska.gov> wrote:

> Hello,
>
> In Alaska, only a resident can transact Title insurance. You are ineligible.
>
> Thank you,
>
> Logo of the Department of Commerce, Community, and Economic Development
>
> Kayla Erickson
>
> Program Coordinator 2
>
> Licensing Supervisor
>
> Division of Insurance- Licensing
>
> kayla.erickson@alaska.gov
>
> insurance.licensing@alaska.gov

Office: 907-465-2545 | Fax: 907-465-2816

www.commerce.alaska.gov

*This email and any files and/or attachments transmitted with it are property of The State of Alaska, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.*

**From:** Geoffrey Polk <geoff@presidentialtitlegroup.com>
**Sent:** Thursday, August 29, 2024 2:08 AM
**To:** CED Insurance Licensing Email (CED sponsored) <insurancelicensing@alaska.gov>
**Subject:** Title Producer License

You don't often get email from geoff@presidentialtitlegroup.com. Learn why this is important

**CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi

I'd like to obtain my Individual Producer-Title license.  Can you please provide the application and process?

I attempted to apply online using NIPR and it did not bring up an applicable license in my option set.

My NPN number is 16258575 and my home state is Florida (license #G098349).

Thanks!

Geoff

_____

Geoffrey Polk, President

Presidential Title

Ph:  312-929-3861

Mailing Address:  7627 Lake St. Ste 206 A34, River Forest, IL  60305

Email:  geoff@presidentialtitlegroup.com

Website: www.presidentialtitlegroup.com

**NOTE: TO CONFIRM WIRING INSTRUCTIONS, CALL FIRST AMERICAN TRUST, FSB DIRECTLY AT 877-600-9473**

**WE REQUIRE ALL FUNDS TO BE WIRED IN CONNECTION WITH ANY CLOSING; CHECKS WILL NOT BE ACCEPTED**

---

**10 attachments**

 **image002.png**
1K

 **image003.png**
1K

 **image004.png**
37K

 **image005.png**
47K

 **image003.png**
1K

 **image004.png**
37K

 **image002.png**
1K

 **image005.png**
47K

**2024-06-05 Stipulation-Nevada Insurance Commissioner.pdf**
340K

 **2024-04-05 File Stamped Complaint.pdf**
383K

---

**CED Insurance Licensing Email (CED sponsored)** <insurancelicensing@alaska.gov>

Thu, Aug 29, 2024 at 7:09 PM

To: Geoffrey Polk <geoff@presidentialtitlegroup.com>
Cc: "Carpenter, Heather R (CED)" <heather.carpenter@alaska.gov>

Hello Geoffrey,

Alaska does not offer Title Limited Producer licenses to nonresidents.

> AS 21.27.150(2), "title insurance limited producer license to a person whose place of business is located in this state and whose sole purpose is to be appointed by and act on behalf of a title insurer;"

**Sec. 21.66.270. Title insurance limited producers to be licensed.**
A title insurance limited producer shall be licensed in the manner provided for in AS 21.27. A title insurance limited producer may not obtain a license unless the producer is a resident of the state. A title insurance limited producer may not be licensed to sell insurance other than title insurance.

Thank you for the information; it has been passed along.

Thank you,



*Kayla Erickson*

Program Coordinator 2

Licensing Supervisor

Division of Insurance- Licensing

kayla.erickson@alaska.gov

insurance.licensing@alaska.gov

Office: 907-465-2545 | Fax: 907-465-2816

www.commerce.alaska.gov



*This email and any files and/or attachments transmitted with it are property of The State of Alaska, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.*

---

**From:** Geoffrey Polk <geoff@presidentialtitlegroup.com>
**Sent:** Thursday, August 29, 2024 3:04 PM
**To:** CED Insurance Licensing Email (CED sponsored) <insurancelicensing@alaska.gov>
**Subject:** Re: Title Producer License

You don't often get email from geoff@presidentialtitlegroup.com. Learn why this is important

Hi

Please advise if the department would like to reconsider in light of the attached.  I'd prefer to avoid an unnecessary lawsuit if possible. Thank you,

Geoff

On Thu, Aug 29, 2024, 5:58 PM CED Insurance Licensing Email (CED sponsored) <insurancelicensing@alaska.gov> wrote:

> Hello,
>
> In Alaska, only a resident can transact Title insurance. You are ineligible.
>
> Thank you,
>
> Logo of the Department of Commerce, Community, and Economic Development
>
> *Kayla Erickson*
>
> Program Coordinator 2
>
> Licensing Supervisor
>
> Division of Insurance- Licensing
>
> kayla.erickson@alaska.gov
>
> insurance.licensing@alaska.gov
>
> Office: 907-465-2545 | Fax: 907-465-2816
>
> www.commerce.alaska.gov

*This email and any files and/or attachments transmitted with it are property of The State of Alaska, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.*

**From:** Geoffrey Polk <geoff@presidentialtitlegroup.com>
**Sent:** Thursday, August 29, 2024 2:08 AM
**To:** CED Insurance Licensing Email (CED sponsored) <insurancelicensing@alaska.gov>
**Subject:** Title Producer License

You don't often get email from geoff@presidentialtitlegroup.com. Learn why this is important

**CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi

I'd like to obtain my Individual Producer-Title license.  Can you please provide the application and process?

I attempted to apply online using NIPR and it did not bring up an applicable license in my option set.

My NPN number is 16258575 and my home state is Florida (license #G098349).

Thanks!

Geoff

_____

Geoffrey Polk, President

Presidential Title

Ph:  312-929-3861

Mailing Address:  7627 Lake St. Ste 206 A34, River Forest, IL  60305

Email:  geoff@presidentialtitlegroup.com

Website:  www.presidentialtitlegroup.com

[blank box]

**NOTE:  TO CONFIRM WIRING INSTRUCTIONS, CALL FIRST AMERICAN TRUST, FSB DIRECTLY AT 877-600-9473**

**WE REQUIRE ALL FUNDS TO BE WIRED IN CONNECTION WITH ANY CLOSING; CHECKS WILL NOT BE ACCEPTED**

_____

**Geoffrey Polk** <geoff@presidentialtitlegroup.com>                    Thu, Aug 29, 2024 at 7:18 PM
To: "CED Insurance Licensing Email (CED sponsored)" <insurancelicensing@alaska.gov>
Cc: "Carpenter, Heather R (CED)" <heather.carpenter@alaska.gov>

Hi

Thank you.  Please confirm the department won't be modifying the policy and I'll proceed accordingly.

Have a nice weekend,
Geoff

On Thu, Aug 29, 2024, 7:09 PM CED Insurance Licensing Email (CED sponsored) <insurancelicensing@alaska.gov> wrote:

Hello Geoffrey,

Alaska does not offer Title Limited Producer licenses to nonresidents.

AS 21.27.150(2), "title insurance limited producer license to a person whose place of business is located in this state and whose sole purpose is to be appointed by and act on behalf of a title insurer;"

**Sec. 21.66.270. Title insurance limited producers to be licensed.**
A title insurance limited producer shall be licensed in the manner provided for in AS 21.27. A title insurance limited producer may not obtain a license unless the producer is a resident of the state. A title insurance limited producer may not be licensed to sell insurance other than title insurance.

Thank you for the information; it has been passed along.

Thank you,

Logo of the Department of Commerce, Community, and Economic Development

*Kayla Erickson*

Program Coordinator 2

Licensing Supervisor

Division of Insurance- Licensing

kayla.erickson@alaska.gov

insurance.licensing@alaska.gov

Office: 907-4**65**-2545 | Fax: 907-465-2816

www.commerce.alaska.gov

*This email and any files and/or attachments transmitted with it are property of The State of Alaska, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.*

**From:** Geoffrey Polk <geoff@presidentialtitlegroup.com>
**Sent:** Thursday, August 29, 2024 3:04 PM
**To:** CED Insurance Licensing Email (CED sponsored) <insurancelicensing@alaska.gov>
**Subject:** Re: Title Producer License

You don't often get email from geoff@presidentialtitlegroup.com. Learn why this is important

Hi

Please advise if the department would like to reconsider in light of the attached.  I'd prefer to avoid an unnecessary lawsuit if possible. Thank you,

Geoff

On Thu, Aug 29, 2024, 5:58 PM CED Insurance Licensing Email (CED sponsored) <insurancelicensing@alaska.gov> wrote:

> Hello,
>
> In Alaska, only a resident can transact Title insurance. You are ineligible.
>
> Thank you,
>
> Logo of the Department of Commerce, Community, and Economic Development

https://mail.google.com/mail/u/1/?ik=4392842902&view=pt&search=all&permthid=thread-a:r2755429339601399453&simpl=msg-a:r-246397665179…        10/15

*Kayla Erickson*

Program Coordinator 2

Licensing Supervisor

Division of Insurance- Licensing

kayla.erickson@alaska.gov

insurance.licensing@alaska.gov

Office: 907-465-2545 | Fax: 907-465-2816

www.commerce.alaska.gov

*This email and any files and/or attachments transmitted with it are property of The State of Alaska, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.*

**From:** Geoffrey Polk <geoff@presidentialtitlegroup.com>
**Sent:** Thursday, August 29, 2024 2:08 AM
**To:** CED Insurance Licensing Email (CED sponsored) <insurancelicensing@alaska.gov>
**Subject:** Title Producer License

You don't often get email from geoff@presidentialtitlegroup.com. Learn why this is important

**CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi

I'd like to obtain my Individual Producer-Title license.  Can you please provide the application and process?

I attempted to apply online using NIPR and it did not bring up an applicable license in my option set.

My NPN number is 16258575 and my home state is Florida (license #G098349).

Thanks!

Geoff

_____

Geoffrey Polk, President

Presidential Title

Ph:  312-929-3861

Mailing Address:  7627 Lake St. Ste 206 A34, River Forest, IL  60305

Email:  geoff@presidentialtitlegroup.com

Website:  www.presidentialtitlegroup.com



**NOTE:  TO CONFIRM WIRING INSTRUCTIONS, CALL FIRST AMERICAN TRUST, FSB DIRECTLY AT 877-600-9473**

**WE REQUIRE ALL FUNDS TO BE WIRED IN CONNECTION WITH ANY CLOSING; CHECKS WILL NOT BE ACCEPTED**

_____

**6 attachments**

 **image003.png**
1K

 **image004.png**
1K

**image002.png**
48K

 **image002.png**
48K

 **image003.png**
1K

 **image004.png**
1K

_____

**Carpenter, Heather R (CED)** <heather.carpenter@alaska.gov>          Tue, Sep 3, 2024 at 2:07 PM
To: Geoffrey Polk <geoff@presidentialtitlegroup.com>
Cc: "CED Insurance Licensing Email (CED sponsored)" <insurancelicensing@alaska.gov>

Hello Mr. Polk –


Alaska cannot change our position as it is a statutory requirement to only issue a license for Title Insurance Limited Producer to Alaska residents.  Kayla copied the relevant statutes below, but here is a link to it so you can read it for yourself:  https://www.akleg.gov/basis/statutes.asp#21.66.270.  It would take the Alaska State Legislature passing a change to this law in order to have a change in position.


Best,

Heather




*Heather Carpenter*

Deputy Director

Division of Insurance


heather.carpenter@alaska.gov

Office: 907-465-2518 | Mobile: 907-500-4433

www.insurance.alaska.gov




[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

Thank you,



*Kayla Erickson*

Program Coordinator 2

Licensing Supervisor

Division of Insurance- Licensing


kayla.erickson@alaska.gov

insurance.licensing@alaska.gov

Office: 907-465-2545 | Fax: 907-465-2816

www.commerce.alaska.gov

*This email and any files and/or attachments transmitted with it are property of The State of Alaska, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited.*

---

**From:** Geoffrey Polk <geoff@presidentialtitlegroup.com>
**Sent:** Thursday, August 29, 2024 2:08 AM
**To:** CED Insurance Licensing Email (CED sponsored) <insurancelicensing@alaska.gov>
**Subject:** Title Producer License

You don't often get email from geoff@presidentialtitlegroup.com. Learn why this is important

**CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi

I'd like to obtain my Individual Producer-Title license.  Can you please provide the application and process?

I attempted to apply online using NIPR and it did not bring up an applicable license in my option set.

My NPN number is 16258575 and my home state is Florida (license #G098349).

Thanks!

Geoff

_____

Geoffrey Polk, President

Presidential Title

Ph:  312-929-3861

Mailing Address:  7627 Lake St. Ste 206 A34, River Forest, IL  60305

Email:  geoff@presidentialtitlegroup.com

Website: www.presidentialtitlegroup.com

**NOTE:  TO CONFIRM WIRING INSTRUCTIONS, CALL FIRST AMERICAN TRUST, FSB DIRECTLY AT 877-600-9473**

**WE REQUIRE ALL FUNDS TO BE WIRED IN CONNECTION WITH ANY CLOSING; CHECKS WILL NOT BE ACCEPTED**

_____

---

**Geoffrey Polk** <geoff@presidentialtitlegroup.com>                    Tue, Sep 3, 2024 at 2:14 PM
To: "Carpenter, Heather R (CED)" <heather.carpenter@alaska.gov>
Cc: "CED Insurance Licensing Email (CED sponsored)" <insurancelicensing@alaska.gov>

Hi Heather

Thanks for sending.  The other option is a lawsuit striking it down on privileges and immunities grounds [as I've done in Nevada, and currently pending in Texas].  I will likely get that filed in the near future.

Thanks, and have a nice rest of your week,
Geoff
_____
Geoffrey Polk, President
Presidential Title
Ph:  312-929-3861
Mailing Address:  7627 Lake St. Ste 206 A34, River Forest, IL  60305
Email:  geoff@presidentialtitlegroup.com
Website:  www.presidentialtitlegroup.com



**NOTE:  TO CONFIRM WIRING INSTRUCTIONS, CALL FIRST AMERICAN TRUST, FSB DIRECTLY AT 877-600-9473**
**WE REQUIRE ALL FUNDS TO BE WIRED IN CONNECTION WITH ANY CLOSING; CHECKS WILL NOT BE ACCEPTED**
_____

[Quoted text hidden]